IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JAMES CURRY, JR., # 90253**                                                                                              PLAINTIFF

v.                                                                                           CAUSE NO. 1:21-cv-405-TBM-RPM

**PEARL RIVER COUNTY JAIL, CAPTAIN
MATAYA, SHERIA DAVIS, SHELBA
FAYETTE,** *and* **LIZ BARTON**                                                                              DEFENDANTS

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order issued this date and incorporated by reference,

IT IS ORDERED AND ADJUDGED that this cause is DISMISSED WITHOUT PREJUDICE.

SO ORDERED AND ADJUDGED, this the 31st day of March, 2022.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE